1  GLENN B. McCORMICK
   Acting United States Attorney
2  District of Arizona
   DENNIS C. BASTRON
3  Assistant U.S. Attorney
   Arizona State Bar No. 027294
4  ERICA ANDERSON McCALLUM
   Assistant U.S. Attorney
5  Arizona State Bar No. 022585
   United States Courthouse
6  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
7  Telephone: 520-620-7300
   Dennis.Bastron@usdoj.gov
8  Erica.McCallum@usdoj.gov
   *Attorneys for Defendant United States of America*
9

10

11                  **UNITED STATES DISTRICT COURT**

12                       **DISTRICT OF ARIZONA**

13

14  Angel Mendivil Perez,                 No. CV-21-0051-TUC-EJM

15              Plaintiff,                 **NOTICE OF SERVICE OF
                                           DISCLOSURE STATEMENT**
16          v.

17  United States of America, et al.,

18              Defendants.

19

20       Defendant United States of America, following LRCiv 5.2, hereby notifies the Court

21  that it served the by email on this date: Defendant United States' Initial Disclosure

22  Statement.

23

24

25

26

27

28

                                      1

1

July 6, 2021.

2

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

3

4

5

By  *s/ Dennis C. Bastron*
DENNIS C. BASTRON
ERICA ANDERSON McCALLUM
Assistant U.S. Attorneys
*Attorneys for Defendant United States*

6

7

8

9

10

**CERTIFICATE OF SERVICE**

11

I hereby certify that on July 6, 2021, I electronically transmitted the attached

12

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

13

Notice of Electronic Filing to the following CM/ECF registrants:

14

William J. Risner
Kenneth K. Graham
Risner & Graham
100 N Stone Ave, Suite 901
Tucson, AZ 85701
*Attorney for Plaintiff*

15

16

17

18

By *s/ Dennis C. Bastron*

19

20

21

22

23

24

25

26

27

28