GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
DENNIS C. BASTRON
Assistant U.S. Attorney
Arizona State Bar No. 027294
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Dennis.Bastron@usdoj.gov
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Mendivil Perez, | No. CV-21-0051-TUC-EJM |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Defendant United States of America, following LRCiv 5.2, hereby notifies the Court that it served the following discovery by U.S. mail on this date: Defendant's Interrogatories to Plaintiff and Defendant's Request for Production to Plaintiff.

September 24, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

By  *s/ Dennis C. Bastron*
DENNIS C. BASTRON
Assistant U.S. Attorney
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William J. Risner
Kenneth K. Graham
Risner & Graham
100 N Stone Ave, Suite 901
Tucson, AZ 85701
*Attorney for Plaintiff*

Thabet Khalidi
Khalidi Law Firm PLLC
116 W Cushing St
Tucson, AZ 85701
*Co-Counsel for Plaintiff*

By *s/ Dennis C. Bastron*