GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
State Bar No. 024729
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
michael.linton@usdoj.gov
*Attorneys for Defendant United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Mendivil Perez,<br><br>    Plaintiff,<br><br>  vs.<br><br>United States of America, et al.,<br><br>    Defendants. | No. CV-21-00051-TUC-EJM<br><br>**NOTICE OF SERVICE OF DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION** |

  Defendant United States of America, by and through undersigned counsel, notifies the Court that it has served its Responses to Plaintiff's Second Request for Production of Documents upon Plaintiff's counsel via U.S. Mail on March 31, 2022.

  Respectfully submitted this 31st day of March, 2022.

            GARY M. RESTAINO
            United States Attorney
            District of Arizona

            *s/Michael L. Linton*
            MICHAEL L. LINTON
            Assistant U.S. Attorney
            *Attorney for Defendant United States*
            *of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

RISNER & GRAHAM
William J. Risner, Esq.
Kenneth K. Graham, Esq.
100 North Stone Ave., Suite 901
Tucson, AZ 8701-1526
*Attorneys for Plaintiff*

Thabet Khalidi
Khalidi Law Firm PLLC
116 W Cushing St
Tucson, AZ 85701
*Co-Counsel for Plaintiff*

*s/ Lisa Startup*