|   |   |
|---|---|
| 1 | **RISNER & GRAHAM  #00089200**<br>**ATTORNEYS AT LAW** |
| 2 | 100 North Stone Avenue, Suite 901<br>Tucson, Arizona  85701-1526 |
| 3 | Telephone:  (520) 622-7494<br>Facsimile:  (520) 624-5583 |
| 4 | **WILLIAM J. RISNER, ESQ.**<br>State Bar Number:  002257 |
| 5 | Pima County Bar Number:  48228<br>bill@risnerandgraham.com |
| 6 | **KENNETH K. GRAHAM, ESQ.**<br>State Bar Number:  007069 |
| 7 | Pima County Bar Number:  21588<br>kk@risnerandgraham.com |
| 8 | **KHALIDI LAW FIRM, PLLC**<br>116 West Cushing Street |
| 9 | Tucson, Arizona 85701-2218<br>Telephone: (520) 629-9909 |
| 10 | Facsimile: (520)629-0733<br>**THABET KHALIDI, ESQ.** |
| 11 | State Bar Number: 015135<br>Pima County Bar Number: 64813<br>courtdocs@tnklaw.com |
| 12 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Mendivil Perez,<br>            Plaintiff,<br><br>   vs.<br><br>United States of America, et al.,<br>            Defendants. | Case No CV-21-00051-TUC-EJM<br><br>**NOTICE OF VIDEO DEPOSITION**<br>**Rule 30(b)(6)**<br>**SCBPO ARMANDO HIGUERA**<br><br>Hon.  Eric J. Markovich |

TO:    Defendant United States of America and its Attorney of Record:

   Pursuant to Federal Rule of Civil Procedure 30(b)(6), you are hereby requested to

designate and produce for deposition an officer, director or managing agent, or such

*Perez v. United States of America, et al.,* CV-21-00051-TUC-EJM

1

other person who consents to testify on your behalf, to testify as to matters known by or reasonably available to you with respect to the following subjects:

1. Use of Force and Firearms policies, rules, regulations and procedures at the Nogales Port of Entry;

2. The Training about Use of Force and Firearms policies, rules, regulations, and procedures.

The deposition will be taken upon oral examination of the 30(b0(6) designee whose name is stated below, at the time and place indicated, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**         SCBPO ARMANDO HIGUERA

**DATE AND TIME OF DEPOSITION:** July 21, 2022, at 9:30 am

**PLACE OF DEPOSITION:**           Khalidi Law Firm, PLLC
                                   116 W. Cushing Street
                                   Tucson, AZ 85701

**IF AN INTERPRETER IS REQUIRED TO TRANSLATE TESTIMONY, NOTICE OF SAME MUST BE GIVEN WITHIN FIVE DAYS BEFORE DEPOSITION DATE, AND THE SPECIFIC LANGUAGE AND/OR DIALECT DESIGNATED.**

DATED:  23rd day of June, 2022.

KHALIDI LAW FIRM, PLLC

*/s/ Thabet Khalidi*

_____
Thabet Khalidi
*Co-counsel for Plaintiff*

*Perez v. United States of America, et al.,* CV-21-00051-TUC-EJM

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William J. Risner, Esq.   bill@risnerandgraham.com
Kenneth K. Graham, Esq.   kk@risnerandgraham.com
*Co-counsel for Plaintiff*

Michael Linton, Esq.   Michael.Linton@usdoj.gov;
*Attorneys for Defendant United States of America*

by: __/ s / Thabet Khalidi ___