GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
Arizona State Bar No. 024729
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Michael.Linton@usdoj.gov
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Mendivil Perez,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>    Defendants. | No. CV-21-0051-TUC-EJM<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

  Defendant United States of America, following LRCiv 5.2, hereby notifies the Court that it served Defendant's Eighth Supplemental and Second Supplemental Expert Disclosure Statement by U.S. Mail on this date.

  RESPECTFULLY SUBMITTED this 11th day of August, 2022.

                GARY M. RESTAINO
                United States Attorney
                District of Arizona

                *s/Michael L. Linton*
                MICHAEL L. LINTON
                Assistant U.S. Attorney
                *Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William J. Risner
Kenneth K. Graham
Risner & Graham
100 N Stone Ave, Suite 901
Tucson, AZ 85701
*Attorney for Plaintiff*

Thabet Khalidi
Khalidi Law Firm PLLC
116 W Cushing St
Tucson, AZ 85701
*Co-Counsel for Plaintiff*

*s/ Mary M. Parker*