**RISNER & GRAHAM  #00089200**
**ATTORNEYS AT LAW**
100 North Stone Avenue, Suite 901
Tucson, Arizona  85701-1526
Telephone:  (520) 622-7494
Facsimile:  (520) 624-5583

**WILLIAM J. RISNER, ESQ.**
State Bar Number:  002257
Pima County Bar Number:  48228
bill@risnerandgraham.com

**KENNETH K. GRAHAM, ESQ.**
State Bar Number:  007069
Pima County Bar Number:  21588
kk@risnerandgraham.com

**KHALIDI LAW FIRM, PLLC**
360 S. Convent Avenu
Tucson, Arizona 85701-2255
Telephone: (520) 629-9909
Facsimile: (520)629-0733

**THABET KHALIDI, ESQ.**
State Bar Number: 015135
Pima County Bar Number: 64813
courtdocs@tnklaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Mendivil Perez,<br>         Plaintiff,<br><br>vs.<br><br>United States of America, et al.,<br>         Defendants. | Case No CV-21-00051-TUC-EJM<br><br>**PLAINTIFF'S STATUS REPORT REGARDING EXECUTION OF HIPAA**<br><br>Hon.  Eric J. Markovich |

Pursuant to the Court's Order dated June 9, 2023, Plaintiff, through undersigned, notifies the Court that he has provided the executed HIPAA release to Defendant.

*Perez v. United States of America, et al.,* CV-21-00051-TUC-EJM

1

Further, on today's date, Defendant has issued subpoenas, accompanied by the release, to the relevant medical provider.

Respectfully submitted this 14th day of June, 2023.

Khalidi Law Firm, PLLC

_/s/ Thabet Khalidi_____
Thabet Khalidi
*Co-counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William J. Risner, Esq.        bill@risnerandgraham.com
Kenneth K. Graham, Esq.        kk@risnerandgraham.com
*Co-counsel for Plaintiff*

Michael Louis Linton, Esq.     Michael.Linton@usdoj.gov,
                               CaseView.ECF@usdoj.gov,
                               mary.parker@usdoj.gov
*Attorneys for Defendant United States of America*

by: */s/ Thabet Khalidi*