IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Mendivil Perez, | No. CV-21-00051-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

  Pursuant to stipulation of the Parties, IT IS HEREBY ORDERED that the Stipulation (Doc. 111) is GRANTED and this action is DISMISSED WITH PREJUDICE, with each side bearing its own fees and costs.

  Dated this 7th day of October, 2024.

Eric J. Markovich
United States Magistrate Judge